No. 118.   LANOLIN PLUS COSMETICS, INC. *v.* MARZALL, COMMISSIONER OF PATENTS, ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *James R. McKnight* and *Emory L. Groff* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Baldridge, Paul A. Sweeney* and *Hubert H. Margolies* for the Commissioner of Patents; and *Alfons B. Landa* and *Raymond C. Cushwa* for Botany Mills, Inc., respondents.

No. 119.   MASSACHUSETTS MUTUAL LIFE INSURANCE Co. *v.* SMITH.   C. A. 5th Cir.   Certiorari denied.   *Harlan Hobart Grooms* for petitioner.   *James A. Simpson* for respondent.

No. 121.   IN RE BOVE.   C. A. 3d Cir.   Certiorari denied.

No. 122.   COLON ET AL., TRADING AS E. & J. DISTRIBUTING CO., *v.* FEDERAL TRADE COMMISSION.   C. A. 2d Cir. Certiorari denied.   *Arthur D. Herrick* for petitioners. *Solicitor General Perlman, Acting Assistant Attorney General Clapp, Charles H. Weston, William T. Kelley* and *Robert B. Dawkins* for respondent.

No. 124.   ELECTRIC AUTO-LITE CO. *v.* NATIONAL LABOR RELATIONS BOARD; and
No. 140.   LOCAL 12, INTERNATIONAL UNION, UNITED AUTOMOBILE, AIRCRAFT & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, C. I. O., *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 6th Cir.   Certiorari denied.   *Louis S. Lebo* for petitioner in No. 124.   *Lowell Goerlich* for petitioner in No. 140.   *Solicitor General Perlman, George J. Bott, David P. Findling* and *Mozart G. Ratner* for respondent.   Reported below: 196 F. 2d 500.